UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS CASTAGNA.
Plaintiff

    v.                                        3:21CV1663 (JAM)

SCOTT M. SANSOM, MICHAEL
DEMAINE, TOWN OF EAST
HARTFORD, JOSEPH FICACELLI
Defendants

## J U D G M E N T

This matter came on before the Honorable Jeffrey A. Meyer, United States District Judge, as a result of defendants' Motion for Summary Judgment.

The Court has reviewed all of the papers filed in conjunction with the Motion. On January 18, 2024, the Court entered an Order granting the defendants' Motion, concluding that there is no genuine issue of fact to show that Castagna's exercise of First Amendment rights caused his discipline or termination. Castagna's remaining derivative claims fail for the same reasons as his First Amendment claim.

Therefore, it is ORDERED, ADJUDGED, and DECREED that judgment is entered for the defendants, and against the plaintiff, all in accordance with the Court's Order (Doc. #98), and this case is closed.

Dated at New Haven, Connecticut, this 19th day of January 2024.

                                                    Dinah Milton Kinney, Clerk

                                                    By /s/ Diahann Lewis

                                                       Deputy Clerk

Entered on Docket 1/19/2024